

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2016

No. 04-16-00723-CV

**FE EXPRESS, LLC** and Francisco Javier Bernal,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as next friend and guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, minor children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

Appellants have filed an emergency motion for an immediate, temporary stay of the trial court's October 28, 2016 turnover order. We grant the motion for temporary stay and order the trial court's October 28, 2016 "Order Granting Post-Judgment Relief" is stayed pending further order of this court. We order any response to appellants' emergency motion shall be filed by November 7, 2016.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2016.

_Keith E. Hottle_
Clerk of Court